IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK E. DOWDEN and JUDITH DOWDEN                     PLAINTIFFS

VS.                    NO. 4:05-cv-0000192 GTE

FRANCISCO TOVAR GARCIA;
COLLINS & ASSOCIATES, INC.;
COLLINS & ASSOCIATES, L.P.;
And SCBC, L.L.C.                                       DEFENDANTS

## ORDER OF DISMISSAL

Upon motion of the parties, it appears to the Court that this case has been settled and that the Complaint of the plaintiff should be and is hereby dismissed with prejudice. All claims asserted and all claims that could have been asserted are forever barred.

IT IS SO ORDERED.

_____
G. THOMAS EISELE

Date: May 23, 2007

APPROVED AND SO STIPULATED:

Jeremy M. Thomas
Reid Burge Prevallet & Coleman
P.O. Box 107
Blytheville, AR 72316-0107

By: _____
    Jeremy M. Thomas, Attorney for Plaintiff

Donald H. Bacon
Friday, Eldredge & Clark
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201-3522

By: _____
    Donald H. Bacon, Attorney for Defendants